J. Randall Jones, Esq. (#1927)
jrj@kempjones.com
Mark M. Jones, Esq. (#267)
m.jones@kempjones.com
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
Tel: (702) 385-6000
Fax: (702) 385-6001

Shirli Fabbri Weiss, Esq. (*pro hac vice* application)
David Priebe, Esq. (*pro hac vice* application)
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: (619) 699-2700
Fax: (619) 699-2701

Attorneys for Nominal Defendant
LAS VEGAS SANDS CORP.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| W. A. SOKOLOWSKI, Individually and On Behalf of LAS VEGAS SANDS CORP., <br><br> Plaintiff, <br><br> v. <br><br> SHIELDON G. ADELSON, et al. <br><br> Defendants. <br><br> and <br><br> LAS VEGAS SANDS CORP., a Nevada Corporation, <br><br> Nominal Defendant | CASE NO. 2:14-cv-00111-JCM-NJK <br><br> **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |

Shirli Fabbri Weiss ("Petitioner") respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of DLA Piper LLP (US) with offices at 401 B Street, Suite 1700, San Diego, California 92101-4297, (619) 699-3650, shirli.weiss@dlapiper.com.

2. That Petitioner has been retained as a member of the law firm by Las Vegas Sands Corp. ("LVS" or the "Company") to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since December 30, 1977, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court for the Southern District of California | 2/6/78 | 79225 |
| United States District Court for the Central District of California | 12/22/88 | 79225 |
| United States District Court for the Northern District of California | 3/7/96 | 79225 |
| United States District Court for the Eastern District of California | 4/3/00 | 79225 |
| United States Court of Appeals for the Federal Circuit | 8/8/02 | 79225 |

| | | |
|---|---|---|
| United States Court of Appeals for the Ninth Circuit | 1979 | 79225 |
| United States Court of Appeals for the Fifth Circuit | 2005 | 79225 |
| United States Court of Appeals for the Second Circuit | 2011 | 79225 |
| United States Court of Appeals for the Sixth Circuit | 11/29/11 | 79225 |

5. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

6. That Petitioner has never been denied admission to the State Bar of Nevada.

7. That Petitioner is a member of good standing in the following Bar Associations: San Diego County Bar Association; American Bar Association and Federal Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: No applications filed.

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

/////

/////

/////

| | |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

*Petitioner's signature*

STATE OF CALIFORNIA   )
                      )
COUNTY OF SAN DIEGO   )

Shirli Fabbri Weiss, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Petitioner's signature*

Subscribed and sworn to before me this

24th day of February, 2014, by Shirli Fabbri Weiss, proved to me on the basis of satisfactory evidence to be the person who appeared before me. *Bonnie K. Lott*

Notary Public or Clerk of Court

BONNIE K. LOTT
Commission No. 2051249
NOTARY PUBLIC - CALIFORNIA
SAN DIEGO COUNTY
Commission Expires January 5, 2016

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Mark M. Jones, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action.  The address and email address of said designated Nevada counsel is:  Kemp, Jones & Coulthard, LLP, 3800 Howard Hughes Parkway, 17th Floor, Las Vegas, Nevada 89169, m.jones@kempjones.com.

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

/////

/////

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Mark M. Jones as his designated Resident Nevada Counsel in this case.

_____
(Party's Signature)

Las Vegas Sands Corp.
_____
(Print Party's Name)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Mark M. Jones, Esq.
Bar No. 267, m.jones@kempjones.com

APPROVED:

Dated: March 13, 2014.

_____
UNITED STATES DISTRICT JUDGE

4

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA  94105-1617

TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

February 7, 2014

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, SHIRLI FABBRI WEISS, #79225 was admitted to the practice of law in this state by the Supreme Court of California on December 30, 1977; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records