G. MARK ALBRIGHT, ESQ.
Nevada Bar No. 001394
WILLIAM H. STODDARD, JR.
Nevada Bar No. 008679
**ALBRIGHT, STODDARD, WARNICK & ALBRIGHT**
801 South Rancho Drive, Suite D-4
Las Vegas, NV 89106
Tel:  (702) 384-7111
Fax:  (702) 384-0605
gma@albrightstoddard.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| W. A. SOKOLOWSKI,<br><br>    Plaintiff,<br><br>vs.<br><br>SHELDON G. ADELSON, et al.,<br><br>    Defendants,<br><br>and<br><br>LAS VEGAS SANDS CORPORATION,<br><br>    Nominal Defendant. | Case No. 2:14-cv-000111-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE A RESPONSE TO NOMINAL DEFENDANT'S MOTION FOR DETERMINATION OF RULE 11 COMPLIANCE AND THE TIME FOR NOMINAL DEFENDANT TO REPLY THERETO** |

   **IT IS HEREBY STIPULATED** and agreed by and between Plaintiff, W. A. Sokolowski, and Nominal Defendant, Las Vegas Sands Corporation, by and through their respective undersigned counsel, that Plaintiff shall have to and including August 17, 2015 within which to file a response to

Nominal Defendant's Motion for Determination of Rule 11 Compliance [Docket 189] filed herein on July 16, 2015.

**IT IS FURTHER STIPULATED** that Nominal Defendant shall thereafter have to and including August 31, 2015 within which to file its Reply Brief.

The reason for this request is that, due to the amount of time spent on other pending motions and the attorneys' court and travel schedules in July and August, 2015, additional time is required by the parties to file a response and reply herein.

| DATED this 30th day of July, 2015. | DATED this 30th day of July, 2015 |
|---|---|
| ALBRIGHT, STODDARD, WARNICK & ALBRIGHT | KEMP, JONES & COULTHARD, LLP |
| By /s / G. MarkAlbright<br>G. Mark Albright, Esq.<br>Nevada Bar No. 1394<br>William H. Stoddard, Jr., Esq.<br>Nevada Bar No. 8679<br>801 South Rancho Drive, Suite D-4<br>Las Vegas, Nevada 89106<br>Attorneys for Plaintiff | By /s/ Mark M.Jones<br>J. Randall Jones, Esq.<br>Nevada Bar No. 1927<br>Mark M. Jones, Esq.<br>Nevada Bar No. 267<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 89169<br>Attorneys for Nominal Defendant |

IT IS SO ORDERED July 31, 2015.

_____
UNITED STATES DISTRICT JUDGE

G:\Mark\00-MATTERS\Sands Shareholder Action (Sokolowski)\Pleadings\Motion for Rule 11 Sanctions\SAO to Extend Time 072815.wpd

2